IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TIMOTHY FRANK,<br><br>    Petitioner,<br><br>  v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>    Respondent.                     / | No. C 11-05204 SBA (PR)<br><br>**ORDER TO SHOW CAUSE AND DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S APPLICATION TO FILE AMICUS BRIEF** |

      Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee. Petitioner has also filed a document entitled, "Application to File Brief of Amicus Curiae of Physicians and Bio-Scientists on Behalf of Petitioner Raymond Frank" (docket no. 2). The Court chooses not to rule on Petitioner's application until Respondent is given the opportunity to respond to it; therefore, the parties shall abide by the briefing schedule outlined below.

      It does not appear from the face of the petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

      1.      The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this Order on Petitioner at his current address.

      2.      Respondent shall file with this Court and serve upon Petitioner, within **sixty (60) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records that have

been transcribed previously and that are relevant to a determination of the issues presented by the petition.  Along with his Answer, Respondent shall also file a Response to Petitioner's "Application to File Brief of Amicus Curiae of Physicians and Bio-Scientists on Behalf of Petitioner Raymond Frank."

3. If Petitioner wishes to respond to Respondent's Answer and Response, he shall do so by filing a Traverse and Reply to the Response with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer and Response.  Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days** after the date Petitioner is served with Respondent's Answer and Response.

4. Respondent may file with this Court and serve upon Petitioner, within **sixty (60) days** of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.  Even if Respondent chooses to file a motion to dismiss, the parties are still directed to abide by the briefing schedule above relating to Petitioner's application to file an amicus brief.

5. It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

6. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline sought to be extended.

IT IS SO ORDERED.

DATED:  12/12/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.11\Frank5204.OSC&BriefingSched.wpd         2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  RAYMOND TIMOTHY FRANK,                    Case Number: CV11-05204 SBA
7              Plaintiff,                    **CERTIFICATE OF SERVICE**
8     v.
9  FRANK X. CHAVEZ et al,
10             Defendant.                    /
11
12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14 That on December 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17
18 Raymond Timothy Frank V-72179
   Sierra Conservation Center
19 5150 O'Byrnes Ferry Road
   Jamestown, CA 95327
20 Dated: December 13, 2011
                                             Richard W. Wieking, Clerk
21                                           By: LISA R CLARK, Deputy Clerk
22
23
24
25
26
27
28

G:\PRO-SE\SBA\HC.11\Frank5204.OSC&BriefingSched.wpd        3