IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND TIMOTHY FRANK,**<br><br>Petitioner,<br><br>v.<br><br>**FRANK X. CHAVEZ, Warden,**<br><br>Respondent. | No. C 11-05204 YGR (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until **November 4, 2013**, to file his answer to the petition for a writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within **sixty-three (63) days** of his receipt of the answer.

Dated: August 30, 2013

　　　　　　　　　　　　　　　　　　　　　　　
YVONNE GONZALEZ ROGERS
United States District Judge

1

[Proposed] Order (C 11-05204 YGR (PR))