IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TIMOTHY FRANK,<br><br>    Petitioner,<br><br>  v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>    Respondent.<br>_____/ | No. C 11-05204 YGR (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

    Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **March 7, 2014.**

    This Order terminates Docket No. 26.

    IT IS SO ORDERED.

DATED:  January 31, 2014

                                                 YVONNE GONZALEZ ROGERS
                                               UNITED STATES DISTRICT COURT JUDGE

United States District Court
For the Northern District of California