IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TIMOTHY FRANK,<br><br>  Petitioner,<br><br> v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>  Respondent.           / | No. C 11-05204 YGR (PR)<br><br>**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **April 7, 2014.**

This Order terminates Docket No. 29.

IT IS SO ORDERED.

DATED:  March 14, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\HC.11\Frank5204.grant2ndEOT-traverse.wpd