United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TIMOTHY FRANK,<br><br>Petitioner,<br><br>v.<br><br>FRANK X. CHAVEZ,<br><br>Respondent. | Case No.: C 11-5204 YGR (PR)<br><br>**JUDGMENT** |

Pursuant to the Order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

IT IS SO ORDERED.

DATED: August 29, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**