UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TIMOTHY FRANK,<br><br>　　　　　Petitioner,<br>　　v.<br><br>FRANK X. CHAVEZ,<br><br>　　　　　Respondent. | Case No.  11-cv-05204-YGR<br><br>**ORDER DENYING LEAVE TO PROCEED IN  FORMA PAUPERIS ON APPEAL**<br><br>(Dkt. No. 41) |

This matter is now before the Court for consideration of Petitioner's motion for leave to proceed *in forma pauperis* on appeal.  A certificate of appealability was previously denied because Petitioner had not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  For the same reason, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal *in forma pauperis* is DENIED.  *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: November 12, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge